Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
FELIPE MAGALLON

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON | Case No. 16-cv-2753-H-MDD |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| BARCLAYS BANK DELAWARE; and DOES 1 through 20 | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff FELIPE MAGALLON ("Plaintiff") and Defendant BARCLAYS BANK DELAWARE have reached a settlement. The parties anticipate filing a joint motion dismissing the entire case with prejudice within 60 days. Because Plaintiff has reached a settlement with all Defendants in this case, Plaintiff respectfully requests that all pleadings and filing requirements applicable to this case be vacated.

Respectfully submitted,

DATED: February 1, 2017

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff, Felipe Magallon