Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
FELIPE MAGALLON

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON, <br><br> Plaintiff, <br><br> vs. <br><br> BARCLAYS BANK DELAWARE; and DOES 1 through 20 <br><br> Defendants. | Case No. 16-cv-2753-H-MDD <br><br> **JOINT MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiff FELIPE MAGALLON and Defendant BARCLAYS BANK DELAWARE jointly move the Court to dismiss the entire case with prejudice. Each party to bear their own respective attorney's fees, expenses and costs.

DATED: March 1, 2017

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/Alex Asil Mashiri
    Alex Asil Mashiri
    Attorney for Plaintiff,
    FELIPE MAGALLON

DATED: March 1, 2017          **REED SMITH LLP**

By: /s/ Zachary C. Frampton
    Zachary C. Frampton
    Attorney for Defendant,
    BARCLAYS BANK DELAWARE

## SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mr. Zachary C. Frampton, counsel for Defendant and that I have obtained Mr. Frampton approval for his electronic signature to this document.

DATED: March 1, 2017

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
FELIPE MAGALLON