UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON,<br><br>                             Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE, and DOES 1 through 20,<br><br>                             Defendants. | Case No.: 3:16-cv-02753-H-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 12.] |

On March 1, 2017, the parties filed a joint motion to dismiss. (Doc. No. 12.) For good cause shown, the Court grants the motion. This action is dismissed in its entirety and with prejudice. Each party is to bear its own respective attorney's fees, expenses, and costs.

**IT IS SO ORDERED.**

DATED: March 1, 2017

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT